REQUEST FOR COURT ACTION / DIRECTION

| | |
|---|---|
| TO: Jim Molinelli<br>Docket Clerk | OFFENSE: Conspiracy to Distribute and Possess with the Intent to Distribute Cocaine (21 USC 846 and 841 (b)(1)(B)), Class B Felony. |
| | ORIGINAL SENTENCE: One Hundred Eight (108) months imprisonment followed by Four (4) Years Supervised Release. |
| FROM: George Olivares<br>U.S. Probation Officer | SPEC. CONDITIONS: $100 Special Assessment. |
| | AUSA: Bernadette Miragliotti, Esq. |
| RE: Jose Alberto Rodriguez<br>Docket # 99-CR-1091 | 08CRIM 808 |

DATE OF SENTENCE: September 8, 2000

DATE: August 19, 2008

ATTACHMENTS: JUDGMENT X

### ASSIGNMENT FOR TRANSFER OF JURISDICTION

On September 8, 2000, the above-mentioned individual was sentenced as outlined above in the Eastern District of New York, by the Honorable Reena Raggi, U.S. Circuit Judge.

On August 5, 2008, we received a letter from the Eastern District of New York, advising that the case was reassigned to the Honorable Jack B. Weinstein, Sr. U.S. District Judge, and the Transfer of Jurisdiction Probation Form 22 was signed ordering Mr. Rodriguez transfer to the Southern District of New York. At this time we are requesting that this case be assigned to the Judge in the Southern District of New York for acceptance of transfer of jurisdiction.

Enclosed are two (2) original forms of the Transfer of Jurisdiction Probation Form 22. Upon completion, please return both original Forms 22 as they are required for both districts to complete the transfer.

Your assistance in this matter is greatly appreciated. Should you have any questions or concerns, please contact the undersigned officer.

Respectfully submitted,

Chris J. Stanton
Chief U.S. Probation Officer
George Olivares
U.S. Probation Officer
212-805-5133

